```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

**UNITED STATES OF AMERICA**          *

      V.                              *       Case No. BAH-21-432

**WILLIAM RASHEEM JAMAL RICH**        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**MOTION TO FILE MOTION TO SUPPRESS STATEMENT OUT OF TIME**</u>

    Now comes the Defendant, William Rasheem Jamal Rich, by his attorney, Law Office of Gerald C. Ruter, P.C. and submits his Motion to File Motion Out of Time and for reason says as follows:

**Background**

    1.   Mr. Rich was indicted by a federal grand jury with five counts of wire fraud, in violation of 18 U.S.C. 1343; and one count of theft of government property, in violation of 18 U.S.C. 641.

    2.   The indictment alleges that Mr. Rich was a member of the United States Army who was deployed to Baqubah, Iraq, and in August of 2005, when a bomb was detonated Mr. Rich was injured.

    3.   The indictment goes on to outline how the government believes Mr. Rich feigned his injuries in an attempt to defraud the United States by receiving more assistance from the United States Department of Veterans Affairs ("VA")than he was entitled to as determined by a rating system established by the VA.  The

essence of the government's theory is Mr. Rich lied to multiple VA personnel, including doctors who examined him and wrote reports where each offered his own opinion concerning the extent of Mr. Rich's injuries, both physical as well as mental.

The government's case consists of a very large volume of medical records as well as administrative records produced by the VA from 2005 to at least October of 2021, as well as surveillance videos and reports, social posts, pole cameras and computer stored data.  It also contains an audio and transcript of a statement Mr. Rich provided on October 13, 2021, the day he was arrested.

4. Mr. Rich had his initial appearance on October 13, 2021, where he was released and remains on release at this time.

5. The Court appointed the Federal Public Defender's Office on October 13, 2021, and on October 15, Assistant Federal Defender Devin Prater entered her appearance.

6. On January 9, 2023, Ms. Prate moved to withdraws her appearance.  On January 9, 2023, the Court granted that motion.

7. On January 17, 2023, undersigned counsel was appointed to represent Mr. Rich.

8. At the time of his appointment, counsel was primarily in preparation of United States v. Ronald Watson, TDC-21-0449, a complex income tax fraud prosecution.  That case was tried to verdict from February 27, 2023 to March 9, 2023.

9. From mid-June to June 11, 2023, counsel was primarily in preparation for United State v. Daniel Williams, SAG-19-486, a two homicide, several carjacking and several commercial Hobbs Act robberies for trial. On June 12, 2023, the case proceeded to trial and following two days of trial the court granted a mistrial at counsel's request.

10. On August 30, 2023, then assigned Judge Ellen Hollander issued the Court's Scheduling Order, with motions *in limine* being due by March 1, 2024.

11. The court will note there was no deadline for the filing of motions by the defense. That is because at the telephone scheduling conference that preceded the Order, counsel for both sides indicated that no motions were anticipated.

12. Put more succinctly, counsel lost sight of the interrogation that is the subject of the Motion to Suppress and counsel is responsible for not having submitted it earlier.

13. Should the Court grant this Motion it is anticipated one or two agents who interrogated Mr. Rich would be called by the government and Mr. Rich may be called as a witness on the voluntariness of his statement, taking approximately 1 to 1.5 hours to present and argue.

14. Special Assistant United States Attorney Kertisha Dixon opposes this request.

**WHEREFORE,** it is prayed the Court grant our Motion to File Motion to Suppress Statement Out of Time.

                Respectfully submitted,

                /s/ Gerald C. Ruter

                _____
                Law Offices of Gerald C. Ruter, P.C.
                9411 Philadelphia Road, Suite O
                Baltimore, Maryland 21237
                (410) 238-8000
                Ruterlaw@verizon.net

**Certificate of Service**

I hereby certify that on this 19th day of April, 2024, a copy of this pleading was electronically filed by ECF to all counsel of record.

                /S/ Gerald C. Ruter
                _____
                Gerald C. Ruter